No. 88–153.   TEXACO PETROLEUM CO. ET AL. *v.* PHOENIX CANADA OIL CO. LTD.   C. A. 3d Cir.   Motion of Rule of Law Commit-

tee for leave to file a brief as *amicus curiae* granted.   Certiorari denied.   ▇▇▇▇▇▇▇▇▇▇▇▇